JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE SOUTHERN CALIFORNIA SURVEYORS JOINT APPRENTICESHIP TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>JOEL SILVERMAN & ASSOCIATES, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV 07-6830 GAF (VBKx)<br><br>ASSIGNED TO THE HONORABLE GARY A. FEESS<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Pro. 55(b)(2)]<br><br>DATE:              October 27, 2008<br>TIME:              9:30 a.m.<br>COURTROOM: 740 |

Plaintiffs' motion for default judgment having been read and considered and no opposition having been filed; and, after full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-

1  Holiday Savings Trust and Trustees of the Southern California Surveyors Joint
2  Apprenticeship Trust shall recover from defendant Joel Silverman & Associates, a
3  California corporation, the principal amount of $138,000.02 (consisting of unpaid fringe
4  benefit contributions for the months of May 2007 through September 2007 in the
5  amount of $60,983.83; unpaid fringe benefit contributions for the months of October
6  2007 through February 2008 in the amount of $50,947.72; plus liquidated damages of
7  $11,193.16, plus prejudgment interest of $7,034.85), attorney's fees of $4,602.00, and
8  costs of $486.81, plus post-judgment interest as provided by law from the date of entry
9  of the judgment herein.

11 Dated:December 29, 2008

_____
GARY ALLEN FEESS
UNITED STATES DISTRICT JUDGE

Presented by:

Dated:  September 24, 2008                LAQUER URBAN CLIFFORD & HODGE LLP


By: /s/ *Emily Z. Manninger*
_____

    EMILY Z. MANNINGER
Attorney for Plaintiffs,
Trustees of the Operating Engineers Pension
Trust Fund, et al.

- 2 -
**JUDGMENT**

163164.1