**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Emily Z. Manninger, State Bar No. 248344
Denise E. Carter, State Bar No. 249774
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile:  (626) 449-1958
Email:  carter@luch.com

NOTE: CHANGES MADE BY THE COURT

Counsel for Plaintiffs, Trustees of the
Operating Engineers Pension Trust, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of the Operating Engineers Pension Trust, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Joel Silverman & Associates, Inc., a California corporation,<br><br>　　　　　Defendants. | CASE NO.: CV 07-6830 GAF (VBKx)<br><br>ASSIGNED TO THE HONORABLE MAGISTRATE JUDGE VICTOR B. KENTON<br><br>**ORDER FOR APPEARANCE OF JOEL SILVERMAN, OFFICER OF JUDGMENT DEBTOR**<br><br>Date:　　　April 29, 2009<br>Time:　　　10:00 a.m.<br>Courtroom:　934H |

　　　Good cause appearing from the application of the Judgment Creditors,

　　　IT IS ORDERED that Joel Silverman appear in Courtroom 934H, of the United States Courthouse for the Central District of California, located at 312 N. Spring Street, Los Angeles, California, on April 29, 2009, at 10:30 a.m., and answer questions concerning property subject to the judgment debtor's ownership and control, before the Honorable Victor B. Kenton, United States Magistrate Judge.  Mr. Silverman is not required to appear on March 31, 2009 as previously ordered.

　　　IT IS FURTHER ORDERED that personal service upon the judgment debtor is required.

1  IT IS FURTHER ORDERED that Joel Silverman bring with him/her the following
2  documents under her control, or under the control of his agents, attorneys or accountants
3  (photocopies may be produced in lieu of originals):
4      1.    All financial statements prepared by or on behalf of Joel Silverman &
5  Associates, Inc. (hereinafter "Silverman & Associates"), for the time period from January 1,
6  2006, through the present.
7      2.    All monthly bank statements of Silverman & Associates for all of its checking
8  accounts and all its savings accounts for the time period from January 1, 2006, through the
9  present.
10      3.    All savings account, pass books, certificates of deposit and trust certificates in
11  the name of Silverman & Associates for the time period from January 1, 2006, through the
12  present.
13      4.    All negotiable instruments and negotiable securities in the name of Silverman
14  & Associates, or owned by Silverman & Associates.
15      5.    All accounts receivable of Silverman & Associates for the time period from
16  January 1, 2006, through the present.
17      6.    All evidence and memoranda of any ownership interest of Silverman &
18  Associates in any corporation, partnership, unincorporated association or any business
19  organized or conducted for production of income for the time period from January 1, 2006,
20  through the present.
21      7.    All evidence and memoranda of any income received by Silverman &
22  Associates from January 1, 2006, through the present, to include but not limited to copies of
23  tax returns, insurance proceeds, or repayment of loans.
24      8.    All evidence and memoranda of any employer, or place of employment, of
25  Silverman & Associates from January 1, 2006, through the present.
26      9.    All evidence and memoranda of any employer, or place of employment, of
27  Silverman & Associates from January 1, 2006, through the present.
28

**ORDER FOR APPEARANCE OF JOEL SILVERMAN, OFFICER OF JUDGMENT DEBTOR**
200670.1

10. All evidence of any ownership interest of Silverman & Associates, to include but not limited to bills of sale, pink slips or any other record of title, in any motor vehicle, airplane, boat, equipment or heavy machinery from January 1, 2006, through the present.

11. All evidence of any license, to include but not limited to business or professional license, issued by any city, county, state or any federal government agency or department in the name of Silverman & Associates and covering any period of time from January 1, 2006, through the present.

12. All evidence of any debts or payments owed to Silverman & Associates to include but not limited to those arising from loans or judgments, for the time period from January 1, 2006, through the present.

13. Any evidence that Silverman & Associates became or was the beneficiary of any trust or will since January 1, 2006.

14. Any and all evidence or other memoranda indicating that Silverman & Associates was either a plaintiff or a defendant in any lawsuit since January 1, 2006.

15. Any evidence and memoranda indicating that Silverman & Associates received any judgment, award, bequest or devise in any lawsuit or other court action since January 1, 2006.

16. Any evidence and memoranda indicating an ownership interest of Silverman & Associates in any patent, invention, trade name, or copyright.

17. Any evidence and memoranda indicating an ownership interest of Silverman & Associates in any real property or developments on real property.

18. All subcontracts entered into by Silverman & Associates to perform construction projects for the time period from January 1, 2006, through the present.

19. All invoices for services performed by Silverman & Associates projects for the time period from January 1, 2006, through the present.

20. Silverman & Associates' cash disbursement journals and check registers for the time period from January 1, 2006, through the present.

///

**ORDER FOR APPEARANCE OF JOEL SILVERMAN, OFFICER OF JUDGMENT DEBTOR**

200670.1

1  ///

2  ///

3  **NOTICE TO JUDGMENT DEBTOR**

4  **IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS**
5  **ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR**
6  **CONTEMPT OF COURT AND THE COURT MAY ORDER THAT YOU PAY THE**
7  **REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT**
8  **CREDITOR IN THIS PROCEEDING.**

10  DATED: _____       _____
                                    UNITED STATES MAGISTRATE JUDGE